[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

ANTONIA MENDOZA

Plaintiff

v.

ALFREDO VALDIVIA, et. al.,

Defendant

Case Number: 19CV08011

Judge: Hon. Judge Gettleman

## NOTICE OF MOTION

**TO:** ALFREDO VALDIVIA

10848 S. Ave L

Chicago, IL 60617

**PLEASE TAKE NOTICE** that on July 8, 2020 at 9:15am, or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Robert W. Gettleman or any judge sitting in his or her stead in **Courtroom** 1703 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present **the following motion attached hereto:**

PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST ALL DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2020, I provided service to the person or persons listed above by the following means: USPS Priority Mail

Signature: *[signature]*  Date: 06/26/2020

Name (Print): Emma Melton

Address: 17 N State Street, Suite 1380  Phone: 312-722-4783

Chicago, IL 60602

Rev. 06/29/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

ANTONIA MENDOZA

Plaintiff

v.

ALFREDO VALDIVIA, et. al.,

Defendant

Case Number: 19CV08011

Judge: Hon. Judge Gettleman

### NOTICE OF MOTION

**TO:** ARTURO VALDIVIA

10543 S Ave H

Chicago, IL 60617

**PLEASE TAKE NOTICE** that on July 8, 2020 at 9:15am, or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Robert W. Gettleman or any judge sitting in his or her stead in **Courtroom** 1703 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present **the following motion attached hereto:**

PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST ALL DEFENDANTS

### CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2020, I provided service to the person or persons listed above by the following means: USPS Priority Mail

Signature: _[signature]_              Date: 06/26/2020

Name (Print): Emma Melton

Address: 17 N State Street, Suite 1380              Phone: 312-722-4783

Chicago, IL 60602

Rev. 06/29/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

ANTONIA MENDOZA

Plaintiff )
)
) Case Number: 19CV08011
v. )
) Judge: Hon. Judge Gettleman
ALFREDO VALDIVIA, et. al., )
)
Defendant )

## NOTICE OF MOTION

**TO:** FELIPE VALDIVIA

10856 S Avenue M

Chicago, IL 60617

**PLEASE TAKE NOTICE** that on July 8, 2020 at 9:15am, or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Robert W. Gettleman or any judge sitting in his or her stead in **Courtroom** 1703 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present **the following motion attached hereto:**

PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST ALL DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2020, I provided service to the person or persons listed above by the following means: USPS Priority Mail

Signature: _[signature]_          Date: 06/26/2020

Name (Print): Emma Melton

Address: 17 N State Street, Suite 1380          Phone: 312-722-4783

Chicago, IL 60602

Rev. 06/29/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]