# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ANTONIA MENDOZA,<br><br>    *Plaintiff*,<br><br>v.<br><br>FELIPE VALDIVIA, ALFREDO VALDIVIA, and ARTURO VALDIVIA,<br><br>    *Defendants*. | No. 19 cv 08011<br><br>Judge Robert Gettleman |

## FINAL JUDGMENT ORDER

This action coming before the Court for prove-up and entry of judgment, Plaintiff's Motion for Default Judgment as to All Defendants having been granted by this Court on July 8, 2020, IT IS HEREBY ORDERED THAT:

1. Final judgment is hereby entered in favor of Plaintiff Antonia Mendoza, and against Defendants, FELIPE VALDIVIA, ALFREDO VALDIVIA, and ARTURO VALDIVIA, ("Defendants") in the amount of **$270,503.00** (the "Judgment Amount") on Plaintiffs' claims for unpaid wages and liquidated damages under the Illinois Minimum Wage Law (IMWL), 820 ILCS 105.

2. The Judgment Amount was calculated as follows:

   a. **Unpaid wages and damages totaling** $247,198, consisting of the difference between minimum wage and wage paid.

   b. **Attorney's fees** totaling $23,305.00, consisting of $23,305.00 in attorneys' fees and incurred by Plaintiffs to Beyond Legal Aid.

3. The Judgment Amount shall accrue post-judgment interest at a rate of nine percent (9%) per annum in accordance with 735 Ill. Comp. Stat. 5/2-1303.

4. Final judgment is hereby entered in favor of Plaintiff and against Defendants on Plaintiff's Complaint.

Entered: _____
Robert W. Gettleman
U.S. District Court Judge

Dated this 8th day of September, 2020